BEFORE THE THIRD DIVISION, MAY 19, 1955

**No. 59090.**—Bellmar Liquor Company et al. v. United States, protests 117515–K, etc. (San Francisco).

Opinion by EKWALL, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33. C. D. 1155) and *United States* v. *The Josebra*

*Company* (41 C. C. P. A. 206, C. A. D. 552), the claim of the plaintiffs was sustained.